**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Abu B. Kargbo

         v.                                    Civil No. 11-cv-130-SM

James O'Mara et al.


**O R D E R**


    Before the court is an unexecuted "return of service" (doc. no. 18), indicating that the United States Marshal for the District of New Hampshire ("Marshal's Office") could not serve the complaint upon defendant FNU Meurin at the Hillsborough County Department of Corrections ("HCDOC"), because Meurin no longer works for the HCDOC.  Plaintiff Kargbo has not provided any current contact information for defendant Meurin for use by the Marshal's Office in serving process upon Meurin.

    Plaintiff, Abu B. Kargbo, is hereby directed to provide this court with updated address information for Meurin, within 90 days of the date of this order.  The court notes that plaintiff might be able to obtain such information by sending to the remaining defendants, who have been served, an interrogatory requesting such information, see Fed. R. Civ. P. 33, or by requesting that this court issue to Kargbo a subpoena directed

at Meurin's former employer, the HCDOC, directing HCDOC to produce a document or electronically stored information that includes Meurin's current employer's address or other address information for Meurin, see generally Fed. R. Civ. P. 45.

If Kargbo fails to provide this court with current address information for Meurin within 90 days, or fails to file within that same period a motion for an extension of time, which shows good cause for the court to extend that deadline, detailing the steps that Kargbo has taken to obtain updated contact information, the court may recommend that the action as to defendant Meurin be dismissed without prejudice, due to Kargbo's failure to effect service as to Meurin.  See Fed. R. Civ. P. 4(m).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

January 5, 2012

cc:  Abu B. Kargbo, pro se

LBM:nmd

2