UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Abu B. Kargbo

        v.                        Civil No. 11-cv-130-SM

Hillsborough County
Department of Corrections, et al


O R D E R

After considering the plaintiff's objections, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty date December 22, 2011, for the reasons set forth therein. The equal protection claim asserted against Officer Caisse is dismissed, and <u>all</u> claims asserted against the HCDC; James O'Mara; Lt. Riley; Sgt. Gordon and Sgt. Antilles; and Officers Adam, Barbera, Davis, Fitzpatrick, Michaud, Richard, and Ross are hereby dismissed.

      SO ORDERED.


January 23 , 2012                      */s/ Steven J. McAullife*
                                                          Steven J. McAullife
                                                          United States District Judge

cc:    Abu B. Kargbo, Pro Se
        John Curran, Esq.