UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Abu B. Kargbo

        v.                Civil No. 11-cv-130-SM

Hillsborough County
Department of Corrections, et al

## O R D E R

After considering the plaintiff's objections, I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty date January 31, 2012, for the reasons set forth therein. All claims asserted as to Sgt. FNU Antilles and Officers Adam, J. Barbera, Boil, Crow, Davis, Ellis, Fitzpatrick, Medic, Michaud, Price, Richard, and Ross are dismissed.

      SO ORDERED.

February 28, 2012                          */s/ Steven J. McAullife*
                                                Steven J. McAullife
                                                United States District Judge

cc:    Abu B. Kargbo, Pro Se
        John Curran, Esq.