```
               UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Abu B. Kargbo</u>

    v.                              Civil No. 11-cv-130-SM

<u>Sergeant Carl Brown, et al.</u>

## O R D E R

On April 12, 2012, a preliminary pretrial conference was held in this case. Plaintiff Abu Kragbo appeared on his own behalf; Attorney John Curran appeared for defendants. The court approves the Defendants' Proposed Discovery Plan (document no. 37) as follows:

> **Interrogatories**: A maximum of 25 interrogatories by each party to any other party.
>
> **Requests for Admission**: A maximum of ten requests by each party to any other party.
>
> **Depositions**: A maximum number of six depositions by plaintiff and three by each defendant, not including experts.

The key deadlines in the discovery plan are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Joinder of Additional Parties** | Plaintiff: May 15, 2012<br>Defendants: July 15, 2012 |
| **Amendment of Pleadings** | Plaintiff: May 15, 2012<br>Defendants: July 15, 2012 |
| **Motions to Dismiss** | July 11, 2012 |

| **Third-Party Actions** | July 15, 2012 |
|---|---|
| **Demand (Plaintiff)** | November 15, 2012 |
| **Experts and Experts' Written Reports** | Plaintiff: November 15, 2012<br>Defendants: January 15, 2013 |
| **Offer (Defendants)** | January 15, 2013 |
| **Motions for Summary Judgment** | January 15, 2013 |
| **Experts and Experts' Written Supplementation under Rule 26(a)** | Plaintiff: February 1, 2013<br>Defendants: February 15, 2013 |
| **Challenges to Expert Testimony** | March 15, 2013 |
| **Completion of Discovery** | March 22, 2013 |
| **Joint Mediation Statement** | April 15, 2013 |
| **Trial Date** | Two-week period beginning May 21, 2013 |

The parties concurred with respect to each of the aforementioned dates. With respect to defendants' request to stagger or bifurcate the summary judgment deadlines, the court notes that the parties may file multiple motions for summary judgment so long as any such motion(s) is filed before the January 15, 2013, deadline.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: April 13, 2012

cc: Abu B. Kargbo, pro se
    John A. Curran, Esq.