UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Abu B. Kargbo

    v.                               Civil No. 11-cv-130-SM

Hillsborough County Department
of Corrections, et al


O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 8, 2012, no objection having been filed. The action against Officer Meurin is dismissed without prejudice.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   SO ORDERED.


June 4, 2012

                              /s/ Steven J. McAuliffe
                              Steven J. McAuliffe
                              United States District Judge


cc:  Abu B. Kargbo
     John A. Curran, Esq.