UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE


**Abu B. Karbo**

    v.                              Civil No. 11-cv-130-SM

**Sgt. C. Brown, et al**


                    **NOTICE OF RULING / ORDER**

    Re: Document No. 52, Statement regarding Discovery Matters and Correspondence with Defendants

    Ruling: Plaintiff has asserted in his sworn statement (doc. no. 52) that defendants have failed to provide responses to discovery propounded upon them, including: (1) current address information for former corrections officer Richard J. Meurin; (2) copies of all of plaintiff's inbound and outbound mail; (3) answers to interrogatories propounded by plaintiff more than 30 days ago; and (4) audio tracks and video surveillance records.  Defendants have previously stated that audio tracks are not available for

any of the incidents in question, and that copies of mail are not retained by defendants.  Defendants are directed to file a response to the remaining averments in plaintiff's statement within fourteen days of the date of this order.


August 15, 2012                     /s/ Landya B. McCafferty
                                    United States Magistrate Judge


cc:  Abu B. Kargbo
     John A. Curran, Esq.