UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

**Abu B. Kargbo**

      v.            Civil No. 11-cv-130-SM

**Sgt. C. Brown, et al**

### O R D E R

By order dated October 11, 2012, the court directed the clerk's office to obtain pro bono counsel to represent the plaintiff, Abu B. Kargbo, in the above-captioned case. Attorney David Ruoff has agreed to accept a pro bono appointment for this purpose. Thus, attorney David Ruoff shall represent the plaintiff, Abu B. Kargbo, until the conclusion of the case in this court.

    SO ORDERED.

November 15, 2012           /s/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              United States Magistrate Judge

cc:  Abu B. Kargbo
     John A. Curran, Esq.
     David Ruoff, Esq.